JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ENCISO, | Case No. CV 10-8197 CJC (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| TIM BUSBY, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Adopting the Report and Recommendation.

DATED: July 8, 2011

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE